**Bertha R. LAWSON, Plaintiff–Appellant,**

v.

**Anthony J. PRINCIPI, Secretary of Veterans Affairs, Department of Veterans Affairs, Defendant–Appellee,**

**and**

**Hershel Gober, Acting Secretary, Department of Veterans Affairs, Defendant.**

No. 01–2059.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 17, 2001.

Decided Jan. 14, 2002.

Bertha R. Lawson, Appellant Pro Se. John Francis Corcoran, Office of the United States Attorney, Roanoke, Virginia, for Appellee.

Before LUTTIG and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Bertha Ruth Lawson appeals the district court's order granting summary judgment

to the Secretary of Veterans Affairs on her claims of discrimination and retaliation in violation of Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C.A. §§ 2000e to 2000e–17 (West 1994 & Supp. 2001), the Rehabilitation Act of 1973, 29 U.S.C.A. §§ 701–797 (West 1999 & Supp. 2001), and the Americans with Disabilities Act ("ADA"), 42 U.S.C.A. §§ 12101–12213 (West 1995 & Supp.2001). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *Lawson v. Principi,* No. CA–00–851–7 (W.D.Va. Aug. 21, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*